```
 1  PATRICK L. FORTE, #80050
    CORRINE BIELEJESKI, #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-72304 RE |
| **ANDREW SARGON BIDKARAM aka ANDREW AGIUS-BIDKARAM,** | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On January 12, 2011 I served the within;

**Motion to Value Security of PNC Bank as successor to National City Mortgage Company under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtor's Motion to Value Lien; Declaration of Debtor in Support of Debtor's Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid, in the United States Mail at Walnut Creek, CA addressed as follows:

Attn: Officer
PNC Bank, NA
222 Delaware Avenue
Wilmington, Delaware 19899
/
/
/

Case: 10-72304    Doc# 13-5    Filed: 01/13/11    Entered: 01/13/11 13:28:45    Page 1 of 2

```
 1  Attn: Officer
    PNC Bank
 2  PO BOX 94982
    Cleveland, OH 44101
 3
    Attn: Therese Green
 4  PNC Bank
    PO BOX 94982
 5  Cleveland, OH 44101

 6
    Attn: Officer
 7  PNC Bank, NA
    c/o CSC Lawyers Incorporating Service
 8  2730 Gateway Oaks Drive
    Suite 100
 9  Sacramento, CA 95833-3503

10
    and on the below-named in this action by placing a true copy thereof
11  in a sealed envelope with first-class postage thereon fully paid in
    the United States Mail at Walnut Creek, CA addressed as follows:
12
    Attn: Patti H. Bass
13  HSBC Bank Nevada, NA
    C/o Bass & Associates, P.C.
14  3936 E. Ft. Lowell Road
    Suite #200
15  Tucson, AZ 85712

16
         I declare under penalty of perjury under the laws of the State of
17  California that the foregoing is true and correct.

18
    Dated: January 12, 2011              /s/  Anne Y. Shiau
19                                            ANNE Y. SHIAU
```