Entered on Docket
February 08, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed February 07, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-72304 RE

**ANDREW SARGON BIDKARAM aka**            Chapter 13
**ANDREW AGIUS-BIDKARAM,**

                    Debtor.               **ORDER VALUING LIEN OF PNC BANK**
                                          **AS SUCCESSOR TO NATIONAL CITY**
                                          **MORTGAGE COMPANY**
_____/

   On January 12, 2011, Andrew Bidkaram (hereinafter Debtor) served a motion to value the second lien of PNC Bank (hereinafter Lienholder) against the property commonly known as 113 Donoso Plaza, Union City, CA 94587, which lien was recorded in Alameda County on or about June 1, 2005 as document 2005221434 (hereinafter the Lien).

   The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

   (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

|   | COURT SERVICE LIST |
|---|---|
| 1 | |

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Andrew Bidkaram
113 Donoso Plaza
Union City, CA 94587

Attn: Officer
PNC Bank, NA
222 Delaware Avenue
Wilmington, Delaware 19899

Attn: Officer
PNC Bank
PO BOX 94982
Cleveland, OH 44101

Attn: Therese Green
PNC Bank
PO BOX 94982
Cleveland, OH 44101

Attn: Officer
PNC Bank, NA
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833-3503

Attn: Patti H. Bass
HSBC Bank Nevada, NA
C/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road
Suite #200
Tucson, AZ 85712