1   PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed January 31, 2012

5   Attorneys for Debtor

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

8               UNITED STATES BANKRUPTCY COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10  **In re:**                        **Case No. 10-72304 RLE**

11  **ANDREW SARGON BIDKARAM,**       **Chapter 13**

12              **Debtor.**           **ORDER MODIFYING CHAPTER 13 PLAN**
    _____/

14      The above named debtor having served a Motion to Modify Chapter 13

15  Plan on January 5, 2012, and there being no objections thereto and good

16  cause appearing therefor;

18      **IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

19          Debtor shall include his 2010 income tax debt owed to the

20  Internal Revenue Service, in the amount of $4,729.49 with 4% interest,

21  into his Chapter 13 Plan.

22      Commencing January 2012, debtor will pay $425.00 per month to the

23  Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority

24  creditors shall be paid on a pro-tanto basis.

25                      **END OF ORDER**

26

Page 1 of 2

1            **<u>COURT SERVICE LIST</u>**

2
   'No physical service required'
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26